# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> STAPLES, INC., <br><br> Defendant. | Civil Action No: 2:13-cv-01016-JRG-RSP <br> LEAD CASE <br><br> Civil Action No. 2:13-cv-1022-JRG-RSP <br><br> JURY TRIAL REQUESTED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pi-Net International, Inc. and Defendant, BestBuy.Com, LLC hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims and causes of action brought in this case. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: July 15, 2014

By: */s/ John V. Picone III*
John V. Picone III
California Bar No. 187226
Jennifer S. Coleman
California Bar No. 213210
**Hopkins & Carley**
a Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
*Mailing Address*:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: 408.286.9800
Facsimile: 408.998.4790
jpicone@hopkinscarley.com
jcoleman@hopkinscarley.com

**ATTORNEYS FOR PLAINTIFF**
**PI-NET INTERNATIONAL, INC.**

By: */s/ Hilary L. Preston*
David B. Weaver (Lead Attorney)
(TX Bar No. 00798576)
Stephen C. Stout
(TX Bar No. 24060672)
Syed K. Fareed
(TX Bar No. 24065216)
**Vinson & Elkins LLP**
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Telephone: (512) 542-8400
Facsimile (512) 542-8612
dweaver@velaw.com
sstout@velaw.com
sfareed@velaw.com

614\1137319.1

Hilary L. Preston
(TX Bar No. 24062946)
**Vinson & Elkins LLP**
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
hpreston@velaw.com

Purav Jesrani
(TX Bar No. 24074487)
**Vinson & Elkins LLP**
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2222
Facsimile: (713) 758-2346
pjesrani@velaw.com

Local Counsel
Jennifer P. Ainsworth
(TX Bar No. 00784720)
**Wilson, Robertson & Cornelius, P.C.**
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: (903) 509-5000
Telephone: (903) 509-5001 (Direct)
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT BESTBUY.COM LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served July 15, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ John V. Picone III*
John V. Picone III

614\1137319.1