**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br>      Plaintiff, <br><br> v. <br><br> STAPLES, INC., <br><br>      Defendant. | Civil Action No: 2:13-cv-01016-JRG-RSP <br> LEAD CASE <br><br> Civil Action No. 2:13-cv-01021-JRG-RSP <br><br> JURY TRIAL REQUESTED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pi-Net International, Inc. and Defendant, GameStop Corp., hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims and causes of action brought in this case. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 3, 2014

By: */s/ John V. Picone III*
John V. Picone III
California Bar No. 187226
Jennifer S. Coleman
California Bar No. 213210
**Hopkins & Carley**
a Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
*Mailing Address*:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: 408.286.9800
Facsimile: 408.998.4790
jpicone@hopkinscarley.com
jcoleman@hopkinscarley.com

**ATTORNEYS FOR PLAINTIFF**
**PI-NET INTERNATIONAL, INC.**

By: */s/ Daniel Brean*
Daniel H. Brean
The Webb Law Firm
420 Fort Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
(412) 471-8815
dbrean@webblaw.com

**ATTORNEYS FOR DEFENDANT**
**GAMESTOP CORP.**

614\1149386.1

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served September 3, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ John V. Picone III*
John V. Picone III

614\1149386.1