# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>Defendant. | Civil Action No: 2:13-cv-01016-JRG-RSP<br>LEAD CASE<br><br>Civil Action Nos.<br>2:13-CV-01037-JRG-RSP<br>2:13-CV-01033-JRG-RSP;<br>2:13-CV-01042-JRG-RSP<br><br>JURY TRIAL REQUESTED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pi-Net International, Inc. and Defendants Aeropostale, Inc.; Bath & Body Works Brand Management, Inc.; and Toys "R" Us-Delaware, Inc., parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation, as follows:

1. All claims and counterclaims are dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation of Dismissal with Prejudice.

3. The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order thereon as the Order of the Court.

Dated: January 16, 2015

By: */s/ John V. Picone III*
John V. Picone III
California Bar No. 187226
Jennifer S. Coleman
California Bar No. 213210
**Hopkins & Carley**
a Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
*Mailing Address*:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: 408.286.9800
Facsimile: 408.998.4790
jpicone@hopkinscarley.com
jcoleman@hopkinscarley.com

**ATTORNEYS FOR PLAINTIFF
PI-NET INTERNATIONAL, INC.**

By: */s/ Michael C. Chow*
Michael C. Chow
Calif. State Bar No. 273912
Mark P. Wine
Calif. State Bar No. 189897
Will H. Melehani
Calif. State Bar No. 285916
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
mchow@orrick.com
mwine@orrick.com
wmelehani@orrick.com

**ATTORNEYS FOR DEFENDANTS
AEROPOSTALE, INC.; BATH & BODY
WORKS BRAND MANAGEMENT, INC.;
AND TOYS "R" US-DELAWARE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served January 16, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                             */s/ John V. Picone III*
                                                             John V. Picone III