# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | § |
| Plaintiff, | § |
| | § 2:13-CV-1016 |
| v. | § LEAD CASE |
| | § |
| STAPLES, INC. | § |

## ORDER

Considering the various motions before the Court, the May 18 hearing in this matter is rescheduled for July 7, 2016 at 1:30 p.m. All current deadlines in this matter are hereby STAYED pending further order.

Dr. Lakshmi Arunachalam and at least one counsel of record for each party are directed to appear at the hearing prepared to argue all pending motions.

**SIGNED this 14th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE