# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 2:13-CV-01016-JRG-RSP |
| | § | |
| STAPLES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Report and Recommendation (Dkt. No. 220) filed by Magistrate Judge Payne on June 5, 2017, recommending Dr. Lakshmi Arunachalam's Motion to Vacate (Dkt. No. 216) be denied. Dr. Arunachalam appears *pro se* and her pleadings will be liberally construed. Accordingly, the Court will construe Dr. Arunachalam's Motion for Reconsideration (Dkt. No. 221) as objections to the recommended rulings in the Report.

Having considered those objections and finding them to be without sufficient merit, and after a *de novo* review, the Report and Recommendation is **ADOPTED**. It is therefore

**ORDERED** that the Motion to Vacate (Dkt. No. 216) is **DENIED**.

**IT IS FURTHER ORDERED** that the District Clerk will mail a copy of this Order by United States Postal Service, return receipt requested, to:

Lakshmi Arunachalam, Ph. D.
222 Stanford Avenue
Menlo Park, CA 94025

The District Clerk is further directed to email a copy of this Order to laks22002@yahoo.com.

**So ORDERED and SIGNED this 6th day of July, 2017.**

RODNEY GILSTRAP  
UNITED STATES DISTRICT JUDGE